**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

PAMELA WILLIAMS, on behalf of himself and all
others similarly situated,
     Plaintiff,

          v.                                 CASE NO.: 1:20-cv-2300

MEIJER, INC.,

     Defendant.

_____ /

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED TO by the Plaintiff and Plaintiff's

attorney, and the Defendant, Meijer, Inc.,  that whereas no party hereto is an infant,

incompetent person for whom a committee has been appointed or conservatee, and no person

not a party has an interest in the subject matter of the action, that the above entitled action

against Defendant, Meijer, Inc., shall be and hereby is dismissed with prejudice and on the

merits, without costs, or disbursements, or attorney's fees to any party pursuant to Rule 41(a)(1)

(A)(i) of the Federal Rules of Civil Procedure, and that judgment of dismissal with prejudice

may be entered in the above entitled action pursuant hereto.

Dated: May 5, 2020                            Respectfully Submitted,

                                           */s/David Paul Force*
                                          David Paul Force Esq.
                                          **Stein Saks, PLLC**

SO ORDERED.                                   285 Passaic Street
Dated: May 6, 2020                              Hackensack, NJ 07601
New York, New york                           dforce@steinsakslegal.com
                                          Tel. 201-282-6500
                                          Fax 201-282-6501
                                          *Attorneys for Plaintiff*

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**